JOSEPH BRIEN BUDDENBERG
NAME

12746-111
PRISON IDENTIFICATION/BOOKING NO.

FCI VICTORVILLE MEDIUM I
ADDRESS OR PLACE OF CONFINEMENT



Fee Paid

FILED
CLERK, U.S. DISTRICT COURT
SEP 13 2017
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Note: If represented by an attorney, provide name, address & telephone number. *It is your responsibility to notify the Clerk of Court in writing of any change of address.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JOSEPH BRIEN BUDDENBERG
FULL NAME (Include name under which you were convicted)

Petitioner,

v.

WARDEN SWAIN
NAME OF WARDEN, (or other authorized person having custody of petitioner)

Respondent.

CASE NUMBER:

EDCV 17-01867 JGB (KES)
To be supplied by the Clerk of the United States District Court

CR _____
Criminal case under which sentence was imposed.

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY**
(28 U.S.C § 2241)

LODGED
CLERK, U.S. DISTRICT COURT
SEP 11 2017
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## INSTRUCTIONS - READ CAREFULLY

This petition shall be legibly handwritten or typewritten, signed by *the petitioner, under pe*nalty of perjury. You must set forth CONCISELY the answer to each question in the proper space on the form. Any false statement of *a mate*rial fact may serve as the basis for prosecution and conviction for perjury.

You must not attach separate pages to this petition except that ONE separate additional page is permitted in answering Question No.9.

Upon receipt of a fee of $5.00 your petition will be filed if it is in proper order.

If you are seeking leave to proceed *in forma pauperis* (without paying the $5.00 filing fee and other court costs), then you must also execute the declaration on the last page, setting forth information which establishes your inability to pay the fees and costs of the proceedings or to give security therefor. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your prison account exceeds $25.00, you must pay the filing fee as required by the rule of the district court.

When the petition is completed, the original and 3 copies, must be mailed to the Clerk of the United States District Court for the Central District of California, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012, ATTENTION: Intake/Docket Section.

Only one sentence, conviction or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petitions.

010273

PLEASE COMPLETE THE FOLLOWING: (*Check appropriate number*)

This petition concerns:
1. ☐ a conviction.
2. ☐ a sentence.
3. ☐ jail or prison conditions.
4. ☐ prison discipline.
5. ☐ a parole problem.
6. ☒ other.

## PETITION

1. Place of detention FCI VICTORVILLE MEDIUM I, PO BOX 3725, ADELANTO, CA 92301

2. Name and location of court which imposed sentence JUDGE LARRY ALAN BURNS, SOUTHERN DISTRICT OF CALIFORNIA

3. The indictment number or numbers (if known) upon which, and the offense or offenses for which, sentence was imposed:
   a. _____
   b. _____
   c. _____

4. The date upon which sentence was imposed and the terms of the sentence:
   a. MAY 2, 2016
   b. 24 months imprisonment, 24 months supervised release, Restitution Payments
   c. _____

5. Check whether a finding of guilty was made:
   a. ☒ After a plea of guilty
   b. ☐ After a plea of not guilty
   c. ☐ After a plea of nolo contendere

6. If you were found guilty after a plea of not guilty, check whether that finding was made by:
   a. ☐ a jury
   b. ☐ a judge without a jury

7. Did you appeal from the judgment of conviction or the imposition of sentence? ☐ Yes ☒ No

8. If you did appeal, give the following information for each appeal:

   **CAUTION:** *If you are attacking a sentence imposed under a federal judgment, you must first file a direct appeal or motion under 28 U.S.C. §2255 in the federal court which entered the judgment.*

   a. (1) Name of court N/A
      (2) Result _____
      (3) Date of result _____
      (4) Citation or number of opinion _____

---

(5) Grounds raised (*list each*):
  (a) _____ N/A _____
  (b) _____
  (c) _____
  (d) _____

b. (1) Name of court _____ N/A _____
  (2) Result _____
  (3) Date of result _____
  (4) Citation or number of opinion _____
  (5) Grounds raised (*list each*):
   (a) _____
   (b) _____
   (c) _____
   (d) _____

9. State CONCISELY every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, attach a SINGLE page only behind this page.

   **CAUTION:** *If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. You must state facts, not conclusions in support of your grounds. A rule of thumb to follow is - who did exactly what to violate your rights at what time and place.*

   a. Ground one: B.O.P. Staff abused their discretion by not providing me with "individualized re-entry plan" review, as required by policy.
   Supporting FACTS (tell your story BRIEFLY without citing cases or law): I have been at FCI VICTORVILLE I since November 2016, yet Unit Team Staff have only provided me with one "individualized re-entry plan" review once, in Jan 2017. B.O.P. policy states that inmates with under 12 months remaining on their sentences are to be provided Unit team review every 90 days.

   b. Ground two: B.O.P. Staff abused their discretion by not attempting to place me in a residential re-entry center, contrary to 18 U.S.C 3624(c) and 42 U.S.C. 17541
   Supporting FACTS (tell your story BRIEFLY without citing cases or law): I have been held in Administrative Segregation for over 235 days. Unit Team Staff rarely make rounds or provide status updates. Though I am eligible for placement in a residential re-entry center, Unit Team staff and Case Manager notified me on 7-27-2017 that I will not be placed, that it will be done at my next institution. Case manager stated she is busy due to past lockdowns. I now have under 180 days remaining on my sentence.

   c. Ground three: _____

      Supporting FACTS (tell your story BRIEFLY without citing cases or law): _____

_____

_____

_____

_____

_____

   d. Ground four: _____

      Supporting FACTS (tell your story BRIEFLY without citing cases or law): _____

_____

_____

_____

_____

_____

10. Have you filed previous petitions for habeas corpus, motions under Section 2255 of Title 28, United States Code, or any other applications, petitions or motions with respect to this conviction?  ☐ Yes  ☒ No

11. If your answer to Question No. 10 was yes, give the following information:
   a. (1) Name of Court _____ N/A _____
      (2) Nature of proceeding _____
      (3) Grounds raised _____

_____

_____

_____

      (4) Result _____ N/A _____
      (5) Date of result _____
      (6) Citation or number of any written opinions or orders entered pursuant to each disposition.

_____

_____

_____

b. (1) Name of Court _____
   (2) Nature of proceeding _____
   (3) Grounds raised _____
   _____
   _____
   _____

   (4) Result _____
   (5) Date of result _____
   (6) Citation or number of any written opinions or orders entered pursuant to each disposition.
   _____
   _____

12. If you did not file a motion under Section 2255 of Title 28, United States Code, or if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention: This motion is not related to my conviction. N/A
   _____
   _____
   _____
   _____

13. Are you presently represented by counsel?  ☐ Yes  ☒ No
   If so, provide name, address and telephone number _____
   _____
   Case name and court _____
   _____

14. If you are seeking leave to proceed in forma pauperis, have you completed the declaration setting forth the required information?  ☐ Yes  ☒ No

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding,

_____
*Signature of Attorney (if any)*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on  8-17-17                        /s/ J.B.
             *Date*                         *Signature of Petitioner*

---

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY (28 U.S.C § 2241)**

CV-27 (02/05)                                                              Page 5 of 7

SUPPLEMENT TO 2241 FILING

I HAVE NOT BEEN REVIEWED FOR PLACEMENT IN A RESIDENTIAL RE-ENTRY CENTER, DESPITE NUMEROUS REQUESTS AND ATTEMPTS TO FILE ADMINISTRATIVE REMEDIES. STAFF DO NOT PROCESS ADMINISTRATIVE REMEDY REQUESTS AT THIS INSTITUTION. I SUBMITTED TWO ON JANUARY 31, 2017. NO RECEIPT OR RESPONSE WAS GIVEN. I SUBMITTED ONE TO ASSIGNED CORRECTIONAL COUNSELOR ON 6-12-2017. NO RECEIPT OR RESPONSE WAS GIVEN. I SUBMITTED ONE TO ASSIGNED CORRECTIONAL COUNSELOR ON 8-11-2017. NO RECEIPT OR RESPONSE WAS GIVEN. TO ATTEMPT FURTHER ADMINISTRATIVE REMEDY WOULD BE FUTILE. ADMINISTRATIVE REMEDY EXHAUSTION REQUIREMENT OF 42 U.S.C. 1997(e) IS NOT A JURISDICTIONAL REQUIREMENT FOR HABEAS PETITIONS FILED UNDER 28 U.S.C. 2241. HICKS V. HOOD 203 F SUPP 2D 379, 312 (D. OR 2003) MOREOVER, THE EXHAUSTION REQUIREMENT OF THE P.L.R.A. CAN BE WAIVED IF THE PROCESS WOULD PROVE TO BE FUTILE, FRALEY V. B.O.P. 13D 924, 925 (9TH CIR, 1995)

THE B.O.P. ABUSED ITS DISCRETION BY DENYING ME INDIVIDUALIZED REVIEW THAT OBJECTIVELY DETERMINED THE DURATION REQUIRED TO PROVIDE THE GREATEST LIKELIHOOD OF SUCCESSFUL RE-INTEGRATION INTO THE COMMUNITY AS REQUIRED BY 3624(c)(6)(C). UNIT TEAM STAFF HAVE NOT ATTEMPTED TO PLACE ME FOR HALFWAY HOUSE, CONTRARY TO B.O.P. POLICY AND 18 U.S.C.S. 3624.

I ASK THAT THE COURT EXPEDITE DISCOVERY AND ISSUE AN INJUNCTION ORDERING THE B.O.P. TO CONSIDER ME FOR HALFWAY HOUSE IMMEDIATELY, AS FURTHER DELAY WILL CAUSE IRREPARABLE HARM IN PREVENTING MY REINTEGRATION INTO SOCIETY. THE B.O.P. HAS FAILED TO CONSIDER MY SKILLS DEVELOPMENT AND ATTEMPTED REHABILITATION, CONTRARY TO 42 U.S.C.S. 17541.

FILED AUGUST 17TH, 2017
UNDER 28 U.S.C. 1746

JOSEPH BUDDENBERG



Amanda Schemkes,
Attorney at Law
PO Box 1866
Snohomish, WA 98291

Seattle P&DC 981
WED 06 SEP 2017 AM

ATTN: Intake/Docket Section
Clerk of the US District Court
for the Central District of CA
United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 11 2017
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY