JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BRIEN BUDDENBERG,<br>    Petitioner,<br>v.<br>WARDEN SWAIN,<br>    Respondent. | Case No. 5:17-cv-01867-JGB-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition and this action are dismissed without prejudice.

DATED: March 27, 2018

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE